

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00724-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF N.D.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-3242
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The notice of appeal was timely filed on October 10, 2014. The clerk's record was filed on October 17, 2014. On October 28, 2014, the court reporter filed a Notification of Late Record stating that the record would not be filed until December 1, 2014 due to technical difficulties requiring the reporter to manually transcribe the record. The court reporter is reminded that section 574.070 of the Health and Safety Code provides that once the notice of appeal is filed, the trial court clerk is required to "immediately send a certified transcript of the proceedings to the court of appeals." TEX. HEALTH & SAFETY CODE ANN. § 574.070(e) (West 2010). In addition, this Court "shall give an appeal under this section preference over all other cases and shall advance the appeal on the docket." *Id*. § 574.070(c). Accordingly, we ORDER the court reporter to file the reporter's record **no later than November 17, 2014.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2014.

_____
Keith E. Hottle
Clerk of Court